Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ASHLEY K. EVERILL, | ) | Case No.: 4:15-cv-244 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| CAVALRY SPV1, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| SUTTELL, HAMMER & WHITE, P.S. | ) | |
| a Washington corporation. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the Plaintiff, Ashley K. Everill, by and through her counsel of record, Ryan A. Ballard of Ballard Law, PLLC, and lodges this notice of dismissal with prejudice as the parties have resolved their issues and Plaintiff no longer wishes to pursue this action. Each party will bear its own attorney fees and costs.

DATED: September 16, 2015.

/s/ Ryan A. Ballard
Ryan A. Ballard
Ballard Law, PLLC

**Notice of Dismissal With Prejudice - Page 1 of 1**